AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GENESIS HILL,**

      Petitioner,

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. 1:98-CV-452**
**BETTY MITCHELL, Warden,**   **JUDGE EDMUND A. SARGUS, JR.**
                                                                       **MAGISTRATE JUDGE TERENCE P. KEMP**

      Respondent.

\_\_\_ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 29, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 29, 2013                                    JOHN P. HEHMAN, CLERK

                                                                   */S/ Andy F. Quisumbing*
                                                                   (By) Andy F. Quisumbing
                                                                    Courtroom Deputy Clerk