# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 15, 2019

Mr. Stephen E. Maher
Office of the Attorney General
of Ohio
150 E. Gay Street
16th Floor
Columbus, OH 43215

Mr. Justin Courtney Thompson
Federal Public Defender's Office
Capital Habeas Unit
10 W. Broad Street
Suite 1020
Columbus, OH 43215

Re: Case No. 19-3448, *Genesis Hill v. Betty Mitchell*
Originating Case No. : 1:98-cv-00452

Dear Counsel:

This Death Penalty appeal has been docketed as case number **19-3448** with the caption that is enclosed on a separate page.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 29, 2019**.

| Appellant: | Appearance of Counsel |
|---|---|
| | Application for Admission to 6th Circuit Bar (if applicable) |

Appellee:  Appearance of Counsel
             Application for Admission to 6th Circuit Bar (if applicable)

<u>Since this is a Death Penalty case, all filings must be prominently identified as such</u>.  A briefing schedule will be issued after the District Court and Court of Appeals have ruled separately on a certificate of appealability.  You may request the Court of Appeals to issue a certificate of appealability on any issue rejected by the District Court.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 19-3448**

GENESIS HILL

    Petitioner - Appellee

v.

BETTY MITCHELL, Warden

    Respondent - Appellant